IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LEONARD MURRAY                                                      PETITIONER

VS.                                         CIVIL ACTION NO. 5:06cv9-DCB-JCS

CONSTANCE REESE, Warden FCC-Yazoo City                             RESPONDENTS

## FINAL JUDGMENT

This matter came before the Court on the petitioner's objection to Magistrate Judge James C. Sumner's Report and Recommendation of February 16, 2006 [**docket entry 7**], which recommends that the case be dismissed with prejudice as to the jurisdictional issues and without prejudice as to all other issues, and the Court having adopted the Report and Recommendation of even date herewith.  Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to the jurisdictional issues and without prejudice as to all other issues.

SO ORDERED, this the 14th day of June, 2006.


S/DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE